

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

**Services** Google AdWords  
**Billing ID** 
**Google AdWords ID**  
**Invoice Number** 5764-0105-1126-4114-032014  
**Invoice Date** Mar 31, 2014  

### Record of payments received

| Date | Description | Amount |
| --- | --- | --- |
| Mar 2, 2014 | Automatic payment: Visa ···4854 | ($1,400.00) |
| Mar 4, 2014 | Automatic payment: Visa ···4854 | ($1,400.00) |
| Mar 5, 2014 | Automatic payment: Visa ···4854 | ($1,400.00) |
| Mar 6, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 7, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 10, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 11, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 12, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 13, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 14, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 15, 2014 | Automatic payment: Visa ···0744 | ($1,400.00) |
| Mar 17, 2014 | Automatic payment: Visa ···4854 | ($1,400.00) |
| Mar 19, 2014 | Automatic payment: Visa ···4854 | ($1,400.00) |
| Mar 19, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 20, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 21, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 24, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 25, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 26, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 27, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 28, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 31, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |

EXHIBIT "F"

Google Inc.  Services    Google AdWords
Department No 33654  Billing ID  
PO Box 39000  Google AdWords ID
San Francisco, CA 94139-3181  Invoice Number  5764-0105-1126-4114-042014
United States  Invoice Date  Apr 30, 2014

**Bill To:**
AMSR, LLC
Scott Ridl
7042 Revere Parkway
Centennial, Colorado 80112
United States

### Record of payments received

| Date | Description | Amount |
|---|---|---|
| Apr 1, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 2, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 3, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 4, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 5, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 8, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 8, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 9, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 10, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 11, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 14, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 16, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 17, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 18, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 21, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 22, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 23, 2014 | Automatic payment: Visa •••4854 | ($1,400.00) |
| Apr 24, 2014 | Automatic payment: Visa •••4854 | ($1,400.00) |
| Apr 25, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 27, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 28, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Apr 30, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

Services     Google AdWords  
Billing ID   
Google AdWords ID  
Invoice Number     5764-0105-1126-4114-052014  
Invoice Date     May 31, 2014  

### Record of payments received

| Date | Description | Amount |
|---|---|---|
| May 1, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 2, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 3, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 5, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 6, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 7, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 8, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 9, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 12, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 13, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 14, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 16, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 19, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 20, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 21, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 22, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 23, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 25, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 27, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 28, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 29, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 30, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

Services            Google AdWords  
**Billing ID**      
**Google AdWords ID**  
**Invoice Number**  5764-0105-1126-4114-062014  
**Invoice Date**    Jun 30, 2014  

## Record of payments received

| Date | Description | Amount |
|---|---|---|
| Jun 1, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 2, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 3, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 4, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 5, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 6, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 9, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 10, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 11, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 12, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 13, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 16, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 18, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 19, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 20, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 21, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 23, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 24, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 25, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 26, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 28, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jun 30, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

Services     Google AdWords  
Billing ID   
Google AdWords ID  
Invoice Number     5764-0105-1126-4114-072014  
Invoice Date     Jul 31, 2014  

## Record of payments received

| Date | Description | Amount |
|---|---|---|
| Jul 1, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 2, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 3, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 6, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 7, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 9, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 10, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 11, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 13, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 14, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 16, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 17, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 18, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 19, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 21, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 22, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 23, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 24, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 26, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 28, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 29, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 30, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Jul 31, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

Services: Google AdWords  
Billing ID:   
Google AdWords ID:  
Invoice Number: 5764-0105-1126-4114-082014  
Invoice Date: Aug 31, 2014  

### Record of payments received

| Date | Description | Amount |
| --- | --- | --- |
| Aug 3, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 4, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 5, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 6, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 7, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 8, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 10, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 11, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 12, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 13, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 14, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 18, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 19, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 20, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 21, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 22, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 23, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 25, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 26, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 27, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 28, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Aug 29, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

Services　　　　　　Google AdWords  
Billing ID　　　　　　  
Google AdWords ID  
Invoice Number　　　5764-0105-1126-4114-092014  
Invoice Date　　　　　Sep 30, 2014  

## Record of payments received

| Date | Description | Amount |
|---|---|---|
| Sep 3, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 4, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 4, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 4, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 5, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 8, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 9, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 10, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 11, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 12, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 13, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 16, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 17, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 18, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 19, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 20, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 22, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 23, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 24, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 26, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 27, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 29, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Sep 30, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.
Department No 33654
PO Box 39000
San Francisco, CA 94139-3181
United States

**Services** Google AdWords
**Billing ID** 
**Google AdWords ID**
**Invoice Number** 5764-0105-1126-4114-102014
**Invoice Date** Oct 31, 2014

Bill To:
AMSR, LLC
Scott Ridl
7042 Revere Parkway
Centennial, Colorado 80112
United States

### Record of payments received

| Date | Description | Amount |
|---|---|---|
| Oct 2, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 2, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 3, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 5, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 6, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 7, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 8, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 9, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 10, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 13, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 14, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 16, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 17, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 19, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 20, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 21, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 22, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 23, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 24, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 26, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 28, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 28, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 29, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 30, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Oct 31, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.
Department No 33654
PO Box 39000
San Francisco, CA 94139-3181
United States

Bill To:
AMSR, LLC
Scott Ridl
7042 Revere Parkway
Centennial, Colorado 80112
United States

Services **Billing ID** Google AdWords
**Google AdWords ID** 
**Invoice Number** 5764-0105-1126-4114-112014
**Invoice Date** Nov 30, 2014

**Record of payments received**

| Date | Description | Amount |
|---|---|---|
| Nov 3, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 4, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 5, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 6, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 6, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 7, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 10, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 10, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 11, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 12, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 13, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 14, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 17, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 18, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 18, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 19, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 20, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 21, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 23, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 24, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 25, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 27, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 28, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Nov 30, 2014 | Automatic payment: Visa ···6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

Services             Google AdWords  
Billing ID           
Google AdWords ID    
Invoice Number       5764-0105-1126-4114-122014  
Invoice Date         Dec 31, 2014  

## Record of payments received

| Date | Description | Amount |
|---|---|---|
| Dec 2, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 3, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 3, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 4, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 5, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 7, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 9, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 9, 2014  | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 10, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 11, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 12, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 15, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 16, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 17, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 18, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 19, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 21, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 22, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 23, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 25, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 27, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 29, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 30, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Dec 31, 2014 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.  Services            Google AdWords
Department No 33654  Billing ID  
PO Box 39000  Google AdWords ID
San Francisco, CA 94139-3181  Invoice Number  5764-0105-1126-4114-012015
United States  Invoice Date  Jan 31, 2015

**Bill To:**
AMSR, LLC
Scott Ridl
7042 Revere Parkway
Centennial, Colorado 80112
United States

## Record of payments received

| Date | Description | Amount |
|---|---|---|
| Jan 2, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 3, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 5, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 6, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 7, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 8, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 9, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 10, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 12, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 13, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 13, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 14, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 15, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 16, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 17, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 19, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 20, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 21, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 22, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 22, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 23, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 25, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 26, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 27, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 28, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 29, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 29, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |
| Jan 30, 2015 | Automatic payment: Visa ••• 6224 | ($1,400.00) |

Google Inc.
Department No 33654
PO Box 39000
San Francisco, CA 94139-3181
United States

Bill To:
AMSR, LLC
Scott Ridl
7042 Revere Parkway
Centennial, Colorado 80112
United States

Services         Google AdWords
Billing ID       
Google AdWords ID
Invoice Number   5764-0105-1126-4114-022015
Invoice Date     Feb 28, 2015

### Record of payments received

| Date | Description | Amount |
|---|---|---|
| Feb 2, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 3, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 3, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 4, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 5, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 6, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 7, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 9, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 10, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 10, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 11, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 12, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 13, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 14, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 16, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 17, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 18, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 19, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 19, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 20, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 22, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 23, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 24, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 25, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 26, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 26, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| Feb 27, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

**Services** Google AdWords  
**Billing ID**   
**Google AdWords ID**  
**Invoice Number** 5764-0105-1126-4114-032015  
**Invoice Date** Mar 31, 2015  

### Record of payments received

| Date | Description | Amount |
|---|---|---|
| Mar 2, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 3, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 4, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 4, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 5, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 6, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 7, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 9, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 10, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 11, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 12, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 12, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 13, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 16, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 16, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 17, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 18, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 19, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 19, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 20, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 23, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 23, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 24, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 25, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 26, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 27, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 28, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 30, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 31, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Mar 31, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |

Google Inc.
Department No 33654
PO Box 39000
San Francisco, CA 94139-3181
United States

Services         Google AdWords
Billing ID       
Google AdWords ID
Invoice Number   5764-0105-1126-4114-042015
Invoice Date     Apr 30, 2015

**Bill To:**
AMSR, LLC
Scott Ridl
7042 Revere Parkway
Centennial, Colorado 80112
United States

**Record of payments received**

| Date | Description | Amount |
|---|---|---|
| Apr 1, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 2, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 3, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 4, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 6, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 7, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 7, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 8, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 9, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 10, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 11, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 13, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 14, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 15, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 15, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 16, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 17, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 18, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 20, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 21, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 22, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 22, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 23, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 24, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 25, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 27, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 28, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 28, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 29, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |
| Apr 30, 2015 | Automatic payment: Visa ···6224 | ($1,400.00) |

Google Inc.  
Department No 33654  
PO Box 39000  
San Francisco, CA 94139-3181  
United States  

**Bill To:**  
AMSR, LLC  
Scott Ridl  
7042 Revere Parkway  
Centennial, Colorado 80112  
United States  

**Services** Google AdWords  
**Billing ID** 
**Google AdWords ID**  
**Invoice Number** 5764-0105-1126-4114-052015  
**Invoice Date** May 31, 2015  

### Record of payments received

| Date | Description | Amount |
|---|---|---|
| May 1, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 4, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 4, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 5, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 5, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 6, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 6, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 7, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 8, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 10, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 11, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 12, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 13, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 13, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 14, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 15, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 16, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 18, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 19, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 19, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 20, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 21, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 22, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 24, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 25, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 26, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 27, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 28, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 29, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 29, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |
| May 31, 2015 | Automatic payment: Visa •••6224 | ($1,400.00) |